1  SEDGWICK LLP
   CHARLES T. SHELDON  (State Bar No. 155598)
2  DEREK S. JOHNSON (State Bar No. 220988)
   charles.sheldon@sedgwicklaw.com
3  derek.johnson@sedgwicklaw.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Attorneys for Defendant
7  GENERAL ELECTRIC COMPANY

8

9                    UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

11

12
   WILLIAM ANDREW SMITH,                  CASE NO. 4:11-cv-01073 CW
13
          Plaintiff,                      (State Court Case - Alameda County Superior
14                                        Court, Case Number RG10544220)
       vs.
15
   3M COMPANY fka MINNESOTA               **STIPULATION OF DISMISSAL OF**
16 MINING AND MANUFACTURING               **DEFENDANT GENERAL ELECTRIC**
   COMPANY, et al.,                       **COMPANY; [PROPOSED] ORDER**
17
          Defendants.
18                                        Judge:      Hon. Claudia Wilkin
                                          Courtroom:  2
19

20

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1      IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that plaintiff WILLIAM ANDREW SMITH dismiss defendant GENERAL
3  ELECTRIC COMPANY from the above-captioned action without prejudice pursuant to FRCP
4  41(a)(1).

6  DATED: April 19, 2011      PAUL & HANLEY LLP

By: _____
Rohit S Kodical
Attorneys for Plaintiff
WILLIAM ANDREW SMITH

DATED: April 20, 2011      SEDGWICK LLP

By: _____
Derek S. Johnson
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

SO ORDERED
Dated: _____

Judge Claudia ~~Wilkin~~ Wilken